[No. 24357-5-III. Division Three. October 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN RODERICK STUART RUNNELS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 05-1-00105-7, John M. Antosz, J., entered June 20, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kato, JJ.

[Nos. 24683-3-III; 24684-1-III. Division Three. October 31, 2006.]

LAWRENCE R. BLAIR, *Respondent*, v. STANLEY CHALICH ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 05-2-03113-6 and 99-2-02950-4, Harold D. Clarke III, J., entered November 4, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 23607-2-III. Division Three. November 2, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ROBERT GUTIERREZ, JR., *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated January 30, 2007.

[No. 23718-4-III. Division Three. November 2, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JUDITH ANN BRANDON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03978-1, Michael P. Price, J., entered October 5, 2004. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Kulik, J.